```
MELINDA L. HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

JOSEPH A. FAZIOLI (ILBN 6273413)
Assistant United States Attorney

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5061
    Facsimile: (408) 535-5066
    joseph.fazioli@usdoj.gov

Attorneys for the United States
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DAVID GLENN COX, ) <br> ) <br> Defendant. ) <br> _____ ) | No. CR 07-00350 EXE (RMW) <br><br> NOTICE OF DISMISSAL |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above information without prejudice as to defendant David Glenn Cox.

DATED: 1/5/11                           Respectfully submitted,

                                        MELINDA L. HAAG
                                        United States Attorney


                                        _____/s/_____
                                        JEFF NEDROW
                                        Deputy Chief, San Jose Branch


NOTICE OF DISMISSAL - No. 07-00350 EXE (RMW)

1   Leave of Court is granted to the government to dismiss that information without prejudice as to
2   defendant David Glenn Cox.
3
4   Date: _____
                                                    *Ronald M. Whyte*
                                                    _____
5                                                   RONALD M. WHYTE
                                                    United States District Judge
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOTICE OF DISMISSAL - No.07-00350 EXE (RMW)